UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RON DIXON**, As Conservator for Beatrice Jiggets,

        Plaintiff,

v.

**MIDLAND MORTGAGE CO.**,

        Defendant.

Civil Action No. 09-cv-1789 (RLW)

## ORDER

Upon consideration of the parties' submissions and oral argument on Plaintiff's Motion for Partial Summary Judgment (Docket No. 40) and Defendant's Motion for Summary Judgment (Docket No. 41), and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED**, that:

Plaintiff's Motion for Partial Summary Judgment is **DENIED**; it is,

**FURTHER ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**; and it is,

**FURTHER ORDERED** that Plaintiff's Amended Complaint is dismissed.

SO ORDERED.

Date: September 29, 2011

                                            **ROBERT L. WILKINS**
                                            United States District Judge